1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   STACIA LANGLEY, et al., | No. 2:20-cv-00635-TLN-KJN |
| 12                Plaintiffs, | |
| 13        v. | **NOTICE OF RELATED CASE ORDER** |
| 14   GUIDING HANDS SCHOOL, INC., et al., | |
| 15                Defendants. | |
| 16 | |
| 17   LOUIE MARQUES, et al., | No. 2:22-cv-00150-KJM-JDP |
| 18                Plaintiffs, | |
| 19        v. | |
| 20   GUIDING HANDS SCHOOL, INC., et al., | |
| 21                Defendants. | |
| 22 | |

23          Examination of the above-entitled actions reveals that they are related within the meaning
24   of Local Rule 123(a).  The actions involve the same parties, are based on the same claims, the
25   same event, the same questions of fact and the same questions of law, and would therefore entail
26   a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the
27   matters to the same judge is likely to affect a substantial savings of judicial effort and is also
28   likely to be convenient for the parties.

1      IT IS THEREFORE ORDERED that the action denominated 2:22-cv-00150-KJM-JDP is

2   hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for

3   all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED.

4   Henceforth, the caption on documents filed in the reassigned case shall be known as 2:22-cv-

5   00150-TLN-KJN.  IT IS FURTHER ORDERED that the Clerk of Court make appropriate

6   adjustment in the assignment of civil cases to compensate for this reassignment and issue.

7      IT IS SO ORDERED.

8   DATED:  January 28, 2022

9

10

11                              _____
                                Troy L. Nunley
12                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28