Carol A. Wieckowski, Esq. (SBN 95586)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
carolw@ewwsllp.com

Attorneys for Defendants
ROCKLIN U.S.D., PLACER COUNTY SELPA, KRISTI GREGERSEN,
TROY TICKLE,  KRISTAIN ROYER & BETH DAVIDSON

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Louie Andres MARQUES, Gloria V.M., Thomas V.M., and Jordan V.M.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GUIDING HANDS SCHOOL, Inc., et al.,<br><br>　　　　Defendants, | Case No.  2:22−CV−00150−TLN−KJN<br><br>**STIPULATION REGARDING EXTENSION OF DEFENDANTS' TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT; ORDER** |

　　　　Plaintiffs Gloria V.M., Thomas V.M., and Jordan V.M., and Defendants, ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY SELPA, KRISTI GREGERSEN, TROY TICKLE,  KRISTAIN ROYER, and BETH DAVIDSON, by and through their attorneys of record, pursuant to Fed. R. Civ. P. 6 and 83 and Local Rules 143 and 144, hereby stipulate as follows: These Defendants may have until March 15, 2022 to respond to the Plaintiffs' Second Amended Complaint.

　　　　Good cause exists for the requested relief, as follows:

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT

- 1 -

This action was commenced in August, 2020 in El Dorado County Superior Court. Defendants herein were not served with the Complaint, nor with the First Amended Complaint. On November 2, 2021, plaintiffs filed their Second Amended Complaint ("SAC").

On or about January 6, 2022, plaintiffs served the SAC on defendants ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY SELPA, KRISTI GREGERSEN, TROY TICKLE, KRISTAIN ROYER and BETH DAVIDSON.

On January 28, 2022, defense counsel sent correspondence to plaintiffs' counsel to meet and confer regarding defense counsel's view that the SAC was barred by virtue of the provisions of the Government Claims Act (Cal. Govt. Code §900 et seq.), and that the allegations set forth in the SAC were insufficient to state the causes of action asserted, as a result of which, it was counsel's view that, unless substantially amended, the entire SAC would be subject to demurrer.

On February 3, 2022, pursuant to Cal. Code of Civil Procedure §§430.41(a)(2), defense counsel filed a Declaration of Demurring Party in Support of Automatic Extension to obtain a thirty day extension of time regarding the deadline to file a responsive pleading to the SAC so that the parties could meet and confer and discuss any possible amendments to the SAC which would alleviate defense counsel's concerns.

On February 7, 2022, defendants were notified by plaintiffs' counsel that Defendant CALIFORNIA DEPARTMENT OF EDUCATION had filed a Notice of Removal to the Eastern District on January 25, 2022. Defendants have not yet been served with the Notice of Removal.

On February 9, 2022, defense counsel and plaintiffs' counsel conferred by telephone in order to discuss the status of the case, the removal of the case to federal court, and defendants' expressed concerns about the SAC. Defense counsel noted that defendants intended to raise the same concerns regarding the SAC in a Motion to Dismiss, instead of by demurrer, now that the action had been removed to federal court. Plaintiffs' counsel, who was in trial in Southern California, had not yet had an opportunity to review defendants' position in detail, and it was agreed that additional time was necessary to afford him an opportunity to do so. The parties

agreed to seek an extension of time from this court to permit these defendants to file a responsive pleading to the SAC up to and including March 15, 2022, in order to afford additional time for plaintiffs to amend the SAC, if they decide to do so, and for defendants to file a Motion to Dismiss, if they do not.

No previous extensions of time have been requested.

IT IS SO STIPULATED.

Dated:  February 10, 2022                LAW OFFICES OF SETH L. GOLDSTEIN

/s/Seth L. Goldstein

By_____
SETH L. GOLDSTEIN,
Lead Counsel for Plaintiffs,
GLORIA V.M., THOMAS V.M.
and JORDAN V.M.

Dated:  February 10, 2022                THE BENNETT LAW GROUP

/s/Merit Bennett

By_____
MERIT BENNETT
Co-Counsel for Plaintiffs

Dated:  February 10, 2022                EVANS, WIECKOWSKI, WARD &
                                          SCOFFIELD, LLP


/s/Carol A. Wieckowski

By_____
Carol A. Wieckowski
Attorney for Defendants
ROCKLIN U.S.D., PLACER COUNTY SELPA,
KRISTI GREGERSEN, TROY TICKLE,
KRISTAIN ROYER & BETH DAVIDSON

**ORDER**

IT IS SO ORDERED.

Dated:  February 14, 2022

_____
Troy L. Nunley
United States District Judge