SETH L. GOLDSTEIN, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California 93940
Telephone (831) 372-9511
Fax (831) 372-9611
Lead-Counsel for Plaintffs

MERIT BENNET, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone (505) 983-9834
Fax (505) 983-9386
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LOUIE ANDRES MARQUES, et al.,

     Plaintiffs,

  v.

GUIDING HANDS SCHOOL, Inc., et al.,

     Defendantas.

_____/

**Case No. 2:22-cv-00150-TLN-KJN**

ORDER APPOINTING
GUARDIAN AD LITEM

Judge: Hon. Troy L. Nunley

    The court having considered the petition for the appointment of Terrell White as guardian

ad litem for ▇▇▇▇▇▇ T.V.M. , who is a minor and good cause appearing therefore,

    IT IS HEREBY ORDERED, that Terrell White be, and he is, hereby appointed as guardian

ad litem for ▇▇▇▇▇▇ T.V.M. , a plaintiff in the above-entitled action, and he is authorized to

institute and prosecute the action mentioned in the petitioner.

Dated: December 2, 2022

_____
Troy L. Nunley
United States District Judge