SETH L. GOLDSTEIN, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California 93940
Telephone (831) 372-9511
Fax (831) 372-9611
Lead-Counsel for Plaintffs

MERIT BENNET, *Pro Hac Vice*
460 St. Michael's Drive, Suite 703
Santa Fe, New Mexico 87505
Telephone (505) 983-9834
Fax (505) 983-9386
Co-Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE ANDRES MARQUES, et al., | **Case No. 2:22-cv-00150-TLN-KJN** |
| Plaintiffs, | ORDER APPOINTING GUARDIAN AD LITEM |
| v. | Judge: Hon. Troy L. Nunley |
| GUIDING HANDS SCHOOL, Inc., et al., | |
| Defendantas. | |

The court having considered the petition for the appointment of Terrell White as guardian ad litem for J.V.M. ▮▮▮▮▮▮▮▮▮▮, who is a minor and good cause appearing therefore,

IT IS HEREBY ORDERED, that Terrell White be, and he is, hereby appointed as guardian ad litem for J.V.M. ▮▮▮▮▮▮▮▮▮▮, a plaintiff in the above-entitled action, and he is authorized to institute and prosecute the action mentioned in the petitioner.

Dated: December 2, 2022

_____
Troy L. Nunley
United States District Judge