LEN GARFINKEL, State Bar No. 114815
General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: (916) 319-0860
Facsimile: (916) 322-2549
lgarfinkel@cde.ca.gov
Attorneys for Defendant the California Department of Education

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE MARQUES, ET AL., | Case No.: 2:22-cv-00150-DJC-CSK |
| Plaintiffs, | |
| v. | **ORDER** |
| GUIDING HANDS SCHOOL, INC., ET AL., | |
| Defendant. | |

On September 30, 2025, in Dkt. 53, the court ordered as follows:

> There are several pending motions in this matter. Due to the time that has passed since they were submitted and the changes that have occurred in the related action 2:20-cv-00635-DJC-CSK, the Court directs the parties to file a Joint Status Report within fourteen (14) days of this order. Therein the parties should address which motions remain pending before the Court and whether any intervening circumstances necessitate amended motions or supplemental briefing.

The deadline was subsequently extended to November 11, 2025. Dkt. 54. The parties met and conferred on October 31, 2025 and provide the following Joint Status Report.

The following motions remain pending before the court:

1. Dkt. 7: Defendant California Department of Education's (CDE) Motion to Dismiss the Second Amended Complaint per Fed. R. Civ. P. 12(b)(6), and to Sever per Fed. R. Civ. P. 21.
2. Dkt. 17: Plaintiffs' Motion to Consolidate this case with the former Case No. 2:20-cv-00635-TLN-KJN, *Stacia Langley et al. v. Guiding Hands School, Inc., et al.*, per Fed. R. Civ. P. 42.
3. Dkt. 23: Defendants Rocklin Unified School District et al.'s Motion to Dismiss the Second Amended Complaint per Fed. R. Civ. P. 12(b)(6).
4. Dkt. 39: Defendant Handle with Care Behavior Management System, Inc.'s Motion to Dismiss the Second Amended Complaint per Fed. R. Civ. P. 12(b)(6).
5. Dkt. 42: Plaintiffs' Motion to Extend Time for Service of the Second Amended Complaint.

The parties believe that due to the significant passage of time while this case has been stayed, intervening case authority, and intervening events in related litigation (including the severance of the former *Stacia Langley et al. v. Guiding Hands School, Inc.* into two separate cases (*Melanie Stark et al. v. Guiding Hands School, Inc., et al.*, Case No. 2:22-cv-00150-DJC-CSK and *Stacia Langley et al. v. Guiding Hands School, Inc., et al.*, Case No. 2:25-cv-00670-DJC-CSK), it is appropriate and necessary to request a limited amount of supplemental briefing on each of the pending motions, as follows (for each motion):

////

1. Moving parties shall be permitted up to five (5) pages of supplemental briefing, to be filed by November 24, 2025.
2. Responding parties shall be permitted up to five (5) pages of supplemental opposition briefing, to be filed by December 8, 2025; and
3. Moving parties shall be permitted up to two (2) pages of reply briefing, to be filed by December 18, 2025.

Dated: November 4, 2025        Respectfully submitted,

By: /s/ Len Garfinkel
LEN GARFINKEL
California Department of Education
Attorney for Defendant Calif. Dept. Educ.

Dated: November 4, 2025        By: /s/ Seth Goldstein
SETH GOLDSTEIN
Law Office of Seth Goldstein
Attorney for Plaintiffs
[As authorized on 11.3.25]

Dated: November 4, 2025        By: /s/ Carol Wieckowski
CAROL WIECKOWSKI
Attorney for Defendants Rocklin USD, Placer County SELPA, Kristi Gregersen, Troy Tickle, Kristian Royer, Beth Davidson
[As authorized on 10.31.25]

Dated: November 4, 2025        By: /s/ Daniela Stoutenberg
DANIELA STOUTENBURG
Schuering, Zimmerman and Doyle
Attorney for Defendant
Handle with Care Behavior Management System, Inc.
[As authorized on 10.31.25]

**IT IS SO ORDERED.**

Dated:  November 17, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE