**SCHUERING & DOYLE LLP**
350 University Avenue, Suite 200
Sacramento, California 95825
Telephone (916) 567-0400
Fax (916) 568-0400
Daniela P. Stoutenburg - State Bar No. 183785; Email: dps@szs.com
Carolyn L. Northrop – State Bar No. 237989; Email: cln@szs.com

Attorneys for HANDLE WITH CARE BEHAVIOR MANAGEMENT SYSTEM, INC.

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIE ANDREAS MARQUES, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDING HANDS SCHOOL, INC., ET AL,<br><br>Defendants. | Case No.:   2:22-cv-00150-DJC-CSK<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT HANDLE WITH CARE BEHAVIOR MANAGEMENT SYSTEM, INC**<br><br>**Judge: Hon. Daniel J. Calabretta SAC Filed: 01/28/22 Trial Date: Not Set - Stayed** |

WHEREAS, Plaintiffs LOUIS ANDREAS MARQUES, GLORIA V.M., THOMAS V.M., AND JORDAN V.M., ("Plaintiffs") have filed this action arising out of the use of restraints while they were students at Guiding Hands School.

WHEREAS, Plaintiffs have named Defendant Handle With Care Behavior Management System, Inc. ("HWC"), amongst other Defendants;

WHEREAS, counsel for Plaintiffs have met and conferred with counsel for HWC, and these Parties have reached agreement on the terms under which this Defendant should be dismissed from this action without prejudice.

WHEREFORE, the Parties stipulate and agree as follows:

1. Defendant HWC shall be dismissed as a Defendant in this action, without prejudice;

a. Nothing about this stipulation precludes Plaintiffs from seeking leave to amend the operative Complaint to re-name HWC as a Defendant if discovery later reveals new, material evidence, that would provide a reasonable likelihood of liability on HWC's part. Conversely, nothing about this stipulation precludes HWC from opposing any such motion for leave to amend. The Parties agree that any motion seeking leave to re-name HWC must be filed no later than 180 days prior to the last day to complete fact discovery (pursuant to the original trial date). Should HWC be re-named as a defendant in this matter, nothing about this stipulation precludes HWC from requesting a continuance of trial, if need be, in order to ensure that HWC has adequate time to prepare a defense and file any dispositive motion, which Plaintiffs agree to not oppose. Also, nothing in this stipulation precludes HWC from filing a motion to dismiss should HWC be re-named as a defendant in this matter;

b. In the event the Court later grants a motion by Plaintiffs for leave to amend that permits Plaintiffs to re-name HWC as a Defendant, the Parties agree that any and all applicable statute(s) of limitation shall be deemed equitably tolled during the period of HWC's dismissal from this litigation, as though no such dismissal had occurred. The Parties further stipulate and agree that any statute of limitations defense that may have existed prior to the dismissal of HWC pursuant to this stipulation, can be asserted by HWC in the event that that HWC is re-named as a defendant in this action. The Parties further stipulate and agree that any other defenses that may have existed prior to the dismissal of HWC pursuant to this stipulation (including, but not limited to, Plaintiffs failure to serve the complaint within 90 days pursuant to Rule 4M) can be asserted or re-asserted by HWC in the event that HWC is re-named in as a defendant in this action.

////

2. Unless HWC is later re-named as a Defendant in this action, Plaintiffs and HWC hereby agree to bear their own costs and attorney's fees incurred in this action.

**IT IS SO STIPULATED.**

Dated: November 24, 2025                **LAW OFFICES OF SETH GOLDSTEIN**

*/s/ Seth L. Goldstein*
Seth L. Goldstein
Lead Counsel for Plaintiffs

Dated: November 24, 2025                **THE BENNETT LAW GROUP**

*Merit Bennett*
Merit Bennett, Esq., Pro Hac Vice
Co-Counsel for Plaintiffs

Dated: November 24, 2025                **SCHUERING & DOYLE**

Daniela P. Stoutenburg
Carolyn L. Northrop
Attorneys for Handle with Care Behavior Management System, Inc.

**ORDER**

The Court, having reviewed the Parties stipulation set forth above, and good cause appearing therefore, hereby orders as follows:

1. Defendant Handle With Care Behavior Management System, Inc. ("HWC") is hereby dismissed from this action without prejudice.

2. If discovery later reveals new, material evidence, that would provide a reasonable likelihood of liability on HWC's part, Plaintiffs may seek leave to amend the operative Complaint to re-name HWC as a Defendant, and Defendant may oppose any such motion. Any such motion must be filed no later than 180 days prior to the last day to complete fact discovery (pursuant to the original trial date). Should HWC be re-named as a defendant in this matter, HWC may request a continuance of trial, if need be, in order to ensure that HWC has adequate time to prepare a defense and file any dispositive motion, which Plaintiffs agree to not oppose. Also, HWC will have the opportunity to file a motion to dismiss should HWC be re-named as a defendant in this matter.

3. In the event the Court later grants a motion by Plaintiffs for leave to amend that permits Plaintiffs to re-name HWC as a Defendant, any and all applicable statute(s) of limitation shall be deemed to have been equitably tolled during the period of HWC's dismissal from this litigation, as though no such dismissal had occurred. Further, any statute of limitations defense that may have existed prior to the dismissal of HWC pursuant to this stipulation, can be asserted by HWC in the event that that HWC is re-named as a defendant in this action. Further, any other defenses that may have existed prior to the dismissal of HWC pursuant to this stipulation (including, but not limited to, Plaintiffs failure to serve the complaint within 90 days pursuant to Rule 4M) can be asserted or re-asserted by HWC in the event that HWC is re-named in as a defendant in this action.

////

4. Unless HWC is later re-named as a Defendant in this action, Plaintiffs and HWC shall each bear their own costs and attorney's fees incurred in this action.

**IT IS SO ORDERED.**

Dated:  December 8, 2025                             /s/ Daniel J. Calabretta
                                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                                        UNITED STATES DISTRICT JUDGE